IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02631-CMA-CBS

CHA UL MCCORKLE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Settlement (Doc. # 6), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, without cost to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

DATED: February __26__, 2013

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Court Judge